UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DONNA BEDTELYON,

    PLAINTIFF

v.

SQUARE ONE, LLC,

    DEFENDANT.

CIVIL ACTION NO. 3:10cv-120-S

ELECTRONICALLY FILED

Defendant, Square One, LLC ("Square One"), by counsel, gives notice of the removal of this action to the United States District Court for the Western District of Kentucky, Louisville Division, pursuant to 28 U.S.C. §§ 1331 and 1441 *et seq*.

1.    On or about February 1, 2010, the plaintiff filed a lawsuit in the Jefferson Circuit Court, styled <u>Donna Bedtelyon v. Square One, LLC</u>, Civil Action No. 10-CI-000703, in which Donna Bedtelyon ("Ms. Bedtelyon") alleges that she was terminated in violation of the Americans with Disabilities Act of 1990, as amended (the "ADA"), 42 U.S.C. § 12101 *et seq*. and the Kentucky Civil Rights Act (the "KCRA"), K.R.S. § 344 *et seq*.

2.    Ms. Bedtelyon's claim for alleged violation of the ADA is a claim under federal law and, therefore, could have been originally brought in this Court pursuant to 28 U.S.C. § 1331.

3.    Whether Square One terminated Ms. Bedtelyon in violation of the ADA is a question of federal law. Thus, federal law is an essential element of Ms. Mitchell's claims against Square One. Resolution of the dispute between the parties depends upon the validity, construction or effect of federal law, the federal questions are real and substantial, and their resolution is an essential element of Ms. Bedtelyon's claims.

4. Ms. Bedtelyon's claim for alleged violation of the KCRA is a claim under state law, but forms part of the same case or controversy as her ADA claim such that it could have been originally brought in this Court pursuant to 28 U.S.C. § 1367.

5. Whether Square One terminated Ms. Bedtelyon in violation of the KCRA is a question of state law. Nevertheless, Ms. Bedtelyon's KCRA claim is sufficiently factually related to her ADA claim to warrant the exercise of this Court's supplemental jurisdiction under 28 U.S.C. § 1367(a) since both claims arise out of the same basic set of facts and form part of the same case or controversy under Article III of the United States Constitution.

6. Square One is the only defendant named in this action.

7. Square One was served with the Complaint on February 5, 2010. A copy of the Complaint is attached as Exhibit A. This exhibit constitutes all of the process, pleadings, and orders that have been served upon the defendant, Square One, in this action.

8. As set forth above, the claim asserted by Ms. Bedtelyon under the ADA involves a substantial question arising under federal law and could have been originally brought in this Court pursuant to 28 U.S.C. § 1331. In addition, the claim asserted by Ms. Bedtelyon under the KCRA could have been originally brought in this court under supplemental jurisdiction pursuant to 28 U.S.C. § 1367. Therefore, this action and all claims asserted in Plaintiff's complaint may be removed by the Defendant, pursuant to 28 U.S.C. § 1441(a) and § 1441(c).

WHEREFORE, Defendant, Square One, by counsel, gives notice that the civil action now pending before the Jefferson Circuit Court, Civil Action No. 10-CI-000703, shall be removed therefrom to this Court.

        Respectfully submitted,

*/s/ Demetrius O. Holloway*
Demetrius O. Holloway
Rebecca A. Weis
STITES & HARBISON, PLLC
400 West Market Street, Ste. 1800
Louisville, Kentucky  40202
Telephone:  (502) 587-3400
COUNSEL FOR DEFENDANT, SQUARE ONE, LLC

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal was served via CM-ECF on this 25th day of February, 2010 to the following:

Samuel G. Hayward
4036 Preston Hwy.
Louisville, KY 40213
(502) 366-6456
Counsel for Plaintiff

*/s/ Demetrius O. Holloway*
Demetrius O. Holloway