UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**DONNA BEDTELYON,**

    **Plaintiff**

**v.**                                           **CIVIL ACTION NO. 3:10-CV-120-S**

**SQUARE ONE, LLC,**

    **Defendant**

## AGREED ORDER DISMISSING

\*    \*    \*    \*    \*

The parties having agreed, and the Court being sufficiently advised, IT IS HEREBY ORDERED that the within action shall be, and hereby is, dismissed as settled, with prejudice.

Each side shall pay its own costs and attorney fees.

SEEN AND AGREED TO BY:

s/P. Stewart Abney  
P. Stewart Abney  
Samuel G. Hayward  
ADAMS HAYWARD & WELSH  
4036 Preston Highway  
Louisville, Kentucky 40213  
*Counsel for Plaintiff*

s/Demetrius Holloway  
Demetrius Holloway  
Stites & Harbison, PLLC  
400 West Market Street  
Suite 1800  
Louisville, Kentucky 40202  
*Counsel for Defendant*